UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

U.S. EVENTS, LLC

       Plaintiff,

v.

DETROIT LIONS, INC.

       Defendant.

Case No. 25-cv-14108
Hon. Matthew F. Leitman

_____/

## ORDER GRANTING PLAINTIFF LEAVE TO FILE A FIRST AMENDED COMPLAINT

On December 19, 2025, Plaintiff U.S. Events, LLC filed a Complaint in this action against Defendant Detroit Lions, Inc. (*See* Compl., ECF No. 1.)  The Detroit Lions have now filed a motion to dismiss the claims brought by U.S. Events pursuant to Federal Rule of Civil Procedure 12(b)(6). (*See* Mot. to Dismiss, ECF No. 9.)  One of bases for dismissal is that U.S. Events has failed to plead sufficient facts in support of at least some of its claims. (*See id.*)

Without expressing any view regarding the merits of the motion to dismiss, the Court will grant U.S. Events the opportunity to file a First Amended Complaint in order to remedy the alleged deficiencies in its claims identified by the Detroit Lions in the motion to dismiss.  The Court does not anticipate allowing U.S. Events another opportunity to amend to add factual allegations that it could now include in

a First Amended Complaint.  Simply put, this is U.S. Events' opportunity to allege any and all additional facts, currently known to it, that may cure the alleged deficiencies in its claims.

By **March 10, 2026**, U.S. Events shall file a notice on the docket in this action notifying the Court and the Detroit Lions whether it will be filing a First Amended Complaint.  If U.S. Events provides notice that it will be filing a First Amended Complaint, it shall file that amended pleading by no later than **March 24, 2026**.  If U.S. Events provides notice that it will not be filing a First Amended Complaint, it shall file a response to the Detroit Lions' pending motion to dismiss by no later than **March 24, 2026**.

Finally, if U.S. Events provides notice that it will be filing an amended pleading, the Court will terminate without prejudice the Detroit Lions' motion to dismiss as moot.  The Detroit Lions may re-file a motion to dismiss directed at the First Amended Complaint if the Detroit Lions believe that such a motion is appropriate after reviewing that pleading.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  February 24, 2026

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 24, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126