UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

U.S. EVENTS, LLC

      Plaintiff,

v.

DETROIT LIONS, INC.

      Defendant

Case No. 25-cv-14108
Hon. Matthew F. Leitman

_____/

### ORDER TERMINATING DEFENDANT'S MOTION TO DISMISS (ECF No. 9) WITHOUT PREJUDICE

On December 19, 2025, Plaintiff U.S. Events, LLC filed a Complaint in this action against Defendant Detroit Lions, Inc. (*See* Compl., ECF No. 1.)  The Detroit Lions then filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (*See* Mot. to Dismiss, ECF No. 9.)

On February 24, 2026, without expressing any view regarding the merits of the motion to dismiss, the Court granted U.S. Events the opportunity to file a First Amended Complaint in order to remedy the alleged deficiencies in its claims identified by the Detroit Lions in the motion to dismiss. (*See* Order, ECF No. 11.) The Court informed the parties that if U.S. Events decided to file such an amended pleading, it would terminate the Detroit Lions' currently-pending motion to dismiss without prejudice. (*See id.*)

1

On March 9, 2026, U.S. Events filed a notice that it intends to file a First Amended Complaint. (*See* Notice, ECF No. 12.)   Accordingly, the Court **TERMINATES** the Detroit Lions' now-pending motion to dismiss (ECF No. 9) **WITHOUT PREJUDICE**.   The Detroit Lions may re-file a motion to dismiss directed at the First Amended Complaint if the Detroit Lions believe that such a motion is appropriate after reviewing that pleading.

     **IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 10, 2026


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 10, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
