UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

U.S. EVENTS, LLC

Plaintiff,

Case No. 25-cv-14108
Hon. Matthew F. Leitman

v.

DETROIT LIONS, INC.

Defendant

_______________________________________/

**ORDER (1) GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS (ECF No. 16) AND (2) DECLINING TO EXERCISE SUPPLEMENTAL JURISDICTION OVER CERTAIN CLAIMS**

On October 19, 2026, the Court held a hearing on Defendant Detroit Lions, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint. (*See* Mot., ECF No. 16.) For the reasons stated on the record at that hearing, **IT IS HEREBY ORDERED** as follows:

- Defendant's motion is **DENIED** with respect to Count I (Trademark Infringement).
- Defendant's motion is **GRANTED** with respect to Count II (Trade Dress Infringement). That claim is **DISMISSED** with prejudice.
- Defendant's motion is **DENIED** with respect to Count III (Unfair Competition).

- Defendant's motion is **GRANTED** with respect to Count IV (Trademark Dilution). That claim is **DISMISSED** with prejudice.
- Defendant's motion is **GRANTED** with respect to Count V (Trade Dress Dilution). That claim is **DISMISSED** with prejudice.
- Count VI (Unfair and Deceptive Trade Practices) is **DISMISSED** without prejudice because the Court declines to exercise supplemental jurisdiction over the state-law claim in this Count.
- Defendant's motion is **DENIED** with respect to Count VII (Common Law Trademark Infringement).
- Defendant's motion is **GRANTED** with respect to Count VIII (Common Law Trade Dress Infringement). That claim is **DISMISSED** with prejudice.
- Count IX (Unjust Enrichment) is **DISMISSED** without prejudice because the Court declines to exercise supplemental jurisdiction over the state-law claim in this Count.
- Count X (Violation of the Michigan Consumer Protection Act) is **DISMISSED** without prejudice because the Court declines to exercise supplemental jurisdiction over the state-law claim in this Count.

As a result of the Court's ruling, the only claims that will move forward in this action are the claims in Counts I, III, and VII.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 20, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 20, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126